**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| **ROSARIO L. BARAJAS**, | Case No. 2:18-cv-00153-APG-GWF |
| Plaintiff, | |
| | **FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND** |
| vs. | |
| **COMMISSIONER of Social Security** | |
| Defendant. | |

Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a thirty (30) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including September 4, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is August 5, 2018.

The Appellate Attorney Writer has a hearing in another case with Magistrate Judge Nancy Koppe on August 7, 2018. Preparation for this hearing and travel is interfering with the writers schedule, necessitating this extension.

Via email on August 3, 2018 at 9:16 am, opposing counsel expressed no objection to the extension.

/ / /

It is therefore respectfully requested that Plaintiff be granted a thirty (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and including September 4, 2018.

DATED this 3rd day of August 2018.

/s/ *Joshua Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
Richard Harris Law Firm
801 S Fourth St.
Las Vegas NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 3rd day of August 2018.

/s/ *Michael K. Marriott*
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED:  8-13-2018