**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**ROSARIO L. BARAJAS**,

      Plaintiff,

vs.

**COMMISSIONER of Social Security**

      Defendant.

Case No. 2:18-cv-00153-APG-GWF

MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND

      Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a thirty (30) business day extension of time, to file the **MOTION TO FOR REMAND,** up to and including October 4, 2018.

      Plaintiff's current deadline to file the **MOTION FOR REMAND** is September 4, 2018.

      The Appellate Attorney Writer has five other briefs due on exactly the same day, necessitating this extension.

      Plaintiff's attorney was unable to contact opposing counsel prior to the close of business for a stipulation.

      It is respectfully requested that Plaintiff be granted a thirty (30) business day

extension of time to file the **MOTION FOR REMAND** up to and including October 4, 2018.

DATED this 4th day of September, 2018.
/s/ *Joshua Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

                                        IT IS SO ORDERED.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED:  9-5-2018