**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**ROSARIO L. BARAJAS**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**

    Defendant.

Case No. 2:18-cv-00153-APG-GWF

SECOND STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND

Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a FOURTEEN (14) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including October 18, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is October 4, 2018.

The Appellate Attorney Writer had an electrical outage for the past several days impeding her ability to work, thereby necessitating this extension request.

Via email on October 4, 2018 at 9:02 am, opposing counsel expressed no objection to the extension.

/ / /

It is therefore respectfully requested that Plaintiff be granted a FOURTEEN (14) calendar day extension of time to file the **MOTION FOR REMAND** up to and including October 18, 2018.

DATED this 4th day of October 2018.

/s/ Joshua Harris
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
Richard Harris Law Firm
801 S Fourth St.
Las Vegas NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 4th day of October 2018.

/s/ Michael K. Marriott
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: 10-5-2018