DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| ROSARIO L. BARAJAS, | Case No:  2:18-cv-00153-APG-GWF |
| Plaintiff | |
| v. | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that the Commissioner of Social Security has

agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge with instructions to reconsider the opinion of Dr. Torigoe, reconsider the nature and severity of Plaintiff's mental impairments; reassess his maximum physical and mental residual functional capacity, and obtain if necessary the testimony from a vocational expert to assist in determining what jobs exist for Plaintiff given her age, education, vocational factors and residual functional capacity.

Respectfully submitted,

Date: January 2, 2019                RICHARD HARRIS LAW FIRM

By:    /s/* Richard A. Harris
       RICHARD A. HARRIS
       *authorized by email December 31, 2018

       Attorneys for Plaintiff

Date: January 2, 2019                DAYLE ELIESON
                                     United States Attorney

By:    /s/ Michael K. Marriott
       MICHAEL K. MARRIOTT
       Assistant Regional Counsel

       Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated: January 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

-2-